UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

STEPHEN GRAY, individually and on
behalf of all others similarly situated,         :

                                                 :

          Plaintiff,                             :          Civil Action No: 07 Civ. 9790 (SHS)
v.                                               :

                                                 :

CITIGROUP INC., CHARLES PRINCE,                  :
THE PLANS ADMINISTRATIVE                         :
COMMITTEE OF CITIGROUP INC.,                     :
THE 401(k) INVESTMENT                            :
COMMITTEE, and JOHN DOES 1 - 20,                 :

                                                 :

          Defendants.                            :

-----------------------------------------------------x

SHAUN ROSE, Individually and On
Behalf of All Others Similarly Situated,         :

                                                 :

          Plaintiff,                             :          Civil Action No: 07 Civ. 10294
v.                                               :

                                                 :

CITIGROUP INC., CHARLES PRINCE,                  :
THE PLANS ADMINISTRATIVE                         :
COMMITTEE OF CITIGROUP INC.,                     :
THE 401(k) INVESTMENT                            :
COMMITTEE, and JOHN DOES 1 - 10,                 :

                                                 :

          Defendants.                            :

-----------------------------------------------------x

MEREDITH TRANBERG, individually
and on behalf of all others similarly situated :

                                                 :

          Plaintiff,                             :          Civil Action No: 07 Civ. 10341
v.                                               :

                                                 :

CITIGROUP INC., CHARLES PRINCE,                  :
THE PLANS ADMINISTRATIVE                         :
COMMITTEE OF CITIGROUP INC.,                     :
THE 401(k) INVESTMENT                            :
COMMITTEE, and JOHN DOES 1 - 20,                 :

                                                 :

          Defendants.                            :

-----------------------------------------------------x

```
---------------------------------------------------x
ANTON RAPPOLD, individually and on        :
behalf of all others similarly situated,           :
                                                   :
               Plaintiff,                          :      Civil Action No: 07 Civ. 10396
                                                   :
v.                                                 :
                                                   :
CITIGROUP INC., CITIBANK, N.A.,                    :
CHARLES PRINCE, THE PLANS                          :
ADMINISTRATIVE COMMITTEE OF                        :
CITIGROUP INC., THE 401(k)                         :
INVESTMENT COMMITTEE, and JOHN                     :
and JANE DOES 1 - 10,                              :
                                                   :
               Defendants.                         :
---------------------------------------------------x
SAMIER TADROS, on Behalf of All                    :
Others Similarly Situated,                         :
                                                   :
               Plaintiff,                          :      Civil Action No: 07 Civ. 10442
                                                   :
v.                                                 :
                                                   :
CITIGROUP INC., CHARLES O.                         :
PRINCE, C. MICHAEL ARMSTRONG,                      :
ALAIN J.P. BELDA, GEORGE DAVID,                    :
KENNETH T. DERR, JOHN M. DEUTCH,                   :
 ROBERTO HERNANDEZ RAMIREZ,                        :
ANN DIBBLE JORDAN, KLAUS                           :
KLEINFELD, ANDREW N. LIVERIS,                      :
ANNE MULCAHY, RICHARD D.                           :
PARSONS, JUDITH RODIN, ROBERT E.                   :
RUBIN, ROBERT E. RUBIN, FRANKLIN                   :
A. THOMAS, JOHN DOES 1-20 (BEING                   :
CURRENT AND FORMER MEMBERS                         :
OF THE PLANS ADMINISTRATIVE                        :
COMMITTEE OF CITIGROUP INC.)                       :
and JOHN DOES 21-40 (BEING                         :
CURRENT AND FORMER MEMBERS                         :
OF THE INVESTMENT COMMITTEE                        :
OF THE CITIGROUP INC. 401(K) PLAN),                :
                                                   :
               Defendants.                         :
---------------------------------------------------x
```

```
------------------------------------------------x
STEPHAN FIORINO, individually and on   :
behalf of all others similarly situated,
                                        :
                                               :
         Plaintiff,                     :        Civil Action No: 07 Civ. 10458
v.                                      :
                                        :
CITIGROUP INC., CITIBANK N.A.,          :
CHARLES PRINCE, THE PLANS               :
ADMINISTRATIVE COMMITTEE OF             :
CITIGROUP INC., THE 401(k)              :
INVESTMENT COMMITTEE, and               :
JOHN DOES 1 - 20,                       :
                                        :
         Defendants.                    :
------------------------------------------------x
JAMES BOLLA, individually and on behalf :
 of all others similarly situated,
                                        :
                                        :
         Plaintiff,                     :        Civil Action No: 07 Civ. 10461
v.                                      :
                                        :
CITIGROUP INC., CITIBANK N.A.,          :
CHARLES PRINCE, THE PLANS               :
ADMINISTRATIVE COMMITTEE OF             :
CITIGROUP INC., THE 401(k)              :
INVESTMENT COMMITTEE, and               :
JOHN DOES 1 - 20,                       :
                                        :
         Defendants.                    :
------------------------------------------------x
```

```
-------------------------------------------------------x
MARK GEROULO, individually, on behalf   :
of the CITIGROUP 401(k) Plan, the        :
CITIBUILDER 401 (K) PLAN FOR                      :
PUERTO RICO, and all others similarly,   :
                                                            :
                     Plaintiff,                  :        Civil Action No: 07 Civ. 10472
                                                            :
v.                                                          :
                                                            :
CITIGROUP, INC., CITIBANK, N.A.,         :
THE PLAN ADMINISTRATIVE                  :
COMMITTEE OF CITIGROUP, INC.,            :
MICHAEL E. SCHLEIN, JOHN DOES            :
1-10, THE CITIGROUP 401(k) PLAN          :
INVESTMENT COMMITTEE and JOHN            :
DOES 10-20, C. MICHAEL                   :
ARMSTRONG, ALAN J.P. BELDA,              :
GEORGE DAVID, KENNETH T. DERR,           :
JOHN M. DEUTCH, ROBERTO                  :
HERNANDEZ, ANN DIBBLE JORDAN,            :
ANDREW N. LIVERIS, DUDLEY C.             :
MECUM, ANNE M. MULCAHY,                  :
RICHARD D. PARSONS, ANDRALL E.           :
PEARSON, CHARLES PRINCE, JUDITH          :
RODIN, ROBERT E. RUBIN, FRANKLIN         :
A. THOMAS, SANFORD I. WEILL,             :
                                                            :
                     Defendants.                 :
-------------------------------------------------------x
```

```
------------------------------------------------x
ALAN STEVENS, on Behalf of Himself      :
and All Others Similarly Situated,       :
                                         :
            Plaintiff,                   :        Civil Action No: 07 Civ. 11156
                                         :
v.                                       :
                                         :
CITIGROUP INC., CITIBANK, N.A,           :
CHARLES PRINCE, C. MICHAEL               :
ARMSTRONG, ALAIN J.P. BELDA,             :
GEORGE DAVID, KENNETH T. DERR,           :
JOHN M. DEUTCH, PETER JOHNSON,           :
ROBERTO HERNANDEZ RAMIREZ,               :
ANDREW N. LIVERIS, ANNE                  :
MULCAHEY, RICHARD D. PARSONS,            :
JUDITH RODIN, ROBERT E. RUBIN,           :
ROBERT L. RYAN, FRANKLIN A.              :
THOMAS, THE PLANS                        :
ADMINISTRATION COMMITTEE  OF    :
CITIGROUP, INC., THE INVESTMENT          :
COMMITTEE and JOHN DOES 1-30,            :
                                         :
            Defendants.                  :
------------------------------------------------x
STEPHEN GOLDSTEIN, on Behalf of          :
Himself and a Class of Persons Similarly  :
Situated,                                :
                                         :
            Plaintiff,                   :        Civil Action No: 07 Civ. 11158
                                         :
v.                                       :
                                         :
CITIGROUP INC., THE PLANS                :
ADMINISTRATION COMMITTEE OF              :
CITIGROUP, INC., MICHAEL E.              :
SCHLEIN, CHARLES PRINCE, C.              :
MICHAEL ARMSTRONG, ALAIN J.P.            :
BELDA, GEORGE DAVID, KENNETH T.  :
DERR, JOHN M. DEUTCH, ROBERTO            :
HERNANDEZ RAMIREZ, ANDREW N.             :
LIVERIS, ANNE MULCAHEY,                  :
RICHARD D. PARSONS, JUDITH               :
RODIN, ROBERT E. RUBIN, ROBERT L.  :
RYAN, AND FRANKLIN A. THOMAS,            :
And JOHN DOES 1-30,                      :
                                         :
            Defendants.                  :
```

```
-------------------------------------------------x
CHRIS SOUTHARD, on Behalf of All          :
Others Similarly Situated,                :
                                          :
              Plaintiff,                  :        Civil Action No: 07 Civ. 11164
                                          :
v.                                        :
                                          :
CITIGROUP INC., CHARLES O.                :
PRINCE, C. MICHAEL ARMSTRONG,             :
ALAIN J.P. BELDA, GEORGE DAVID,           :
KENNETH T. DERR, JOHN M. DEUTCH,          :
ROBERTO HERNANDEZ RAMIREZ,                :
ANN DIBBLE JORDAN, KLAUS                  :
KLEINFELD, ANDREW N. LIVERIS,             :
ANNE MULCAHY, RICHARD D.                  :
PARSONS, JUDITH RODIN, ROBERT E.          :
RUBIN, ROBERT E. RUBIN, FRANKLIN          :
A. THOMAS, JOHN DOES 1-20 (BEING          :
CURRENT AND FORMER MEMBERS                :
OF THE PLANS ADMINISTRATIVE               :
COMMITTEE OF CITIGROUP INC.)              :
and JOHN DOES 21-40 (BEING                :
CURRENT AND FORMER MEMBERS                :
OF THE INVESTMENT COMMITTEE               :
OF THE CITIGROUP INC. 401(K) PLAN),       :
                                          :
              Defendants.                 :
-----------------------------------------------
FRANCIA BRICK, individually and on        :
Behalf of all others similarly situated,
                                                   :
                                          :
              Plaintiff,                  :        Civil Action No: 07 Civ. 11369
                                          :
v.                                        :
                                          :
CITIGROUP INC., CHARLES PRINCE,           :
THE PLAN'S ADMINISTRATIVE                 :
COMMITTEE OF CITIGROUP, INC.,             :
THE 401(k) INVESTMENT COMMITTEE,:
And JOHN DOES 1-10,                       :
                                          :
              Defendants.                 :
-----------------------------------------------
```

## CERTIFICATE OF SERVICE

I, Milo Silberstein, hereby certify that I am over the age of 18 years, am not a party to this action and that on December 26, 2007, I caused a true and correct copy of Plaintiffs Shaun Rose and Mark Geroulo's Superceding Motion for Consolidation of Related Actions and Appointment of Interim Lead Plaintiffs, Co-lead Counsel and Liaison Counsel to be served, via ECF, on the counsel of record identified on the attached service list.

Milo Silberstein

<u>**Citigroup ERISA Litigation Service List**</u>

**Attorneys for Defendants**

Lawrence B. Pedowitz, Esq.
John Lynch, Esq.
Bradley R. Wilson, Esq.
WATCHELL, LIPTON, ROSEN & KATZ LLP
51 West 52nd Street
New York, New York 10019

T: 212-403-1000
F: 212-403-2000

**Attorneys for Plaintiff Samier Tadros (07-cv-10442-SHS)**

Robert I. Harwood, Esq.
Jeffrey M. Norton, Esq.
HARWOOD, FEFFER LLP
488 Madison Avenue
New York, New York 10022

T: 212-935-7400
F: 212-753-3630

**Attorneys for Plaintiff Anton Rappold (07-cv-10396-UA)**

Susan Salvetti, Esq.
ZWERLING, SCHACHTER & ZWERLING LLP
41 Madison Avenue
New York, New York 10010

T: 212-223-3900
F: 212-371-5969

**Attorneys for Plaintiff James Bolla (07-cv-10461-UA)**

Ann D. White, Esq.
ANN D. WHITE LAW OFFICES P.C.
165 Township Line Rd. Ste 2400
Jenkintown, PA 19046-3535

T: 215-481-0273
F: 215-481-0271

**Attorneys for Plaintiff Meredith Tranberg (07-cv-10341-UA)**

Jeffrey Squire, Esq.
BRAGAR WEXLER & EAGEL, PC
885 Third Avenue, Suite 3040
New York, New York 10022

T: 212-308-5858
F: 212-486-0462

**Attorneys for Plaintiff Mark Geroulo (07-cv-10472-UA)**

Ronen Sarraf, Esq.
Joseph Gentile
SARRAF GENTILE LLP
485 Seventh Avenue, Suite 1005
New York, New York 10018

T: 212-868-3610
F: 212-918-7967

Robert A. Izard, Esq.
SCHATZ NOBEL IZARD P.C.
20 Church Street, Suite 1700
Hartford, CT 06103

T: 860-493-6292
F: 860-493-6290

**Attorneys for Plaintiff Chris Southard (07-cv-11164)**

Thomas J. McKenna, Esq.
GAINEY & MCKENNA
295 Madison Avenue, 4th Floor
New York, New York, 10017

T: 212-983-1300
F: 212-983-0383

**Attorneys for Plaintiff Alan Stevens (07-cv-11156)**

Lori G. Feldman, Esq.
Arvind B. Khurana, Esq.
MILBERG WEISS LLP
One Pennsylvania Plaza
New York, New York 10019

T: 212-594-5300
F: 212-868-1229

**Attorneys for Plaintiff Stephen Gray (07-cv-9790-SHS)**

Marian P. Rosner, Esq.
Robert C. Finkel, Esq.
Andrew E. Lencyk, Esq.
WOLF POPPER LLP
845 Third Avenue
New York, New York 10022

T: 212-759-4600
F: 212-486-2093

**Attorneys for Plaintiff Steven Goldstein (07-cv-11158-UA)**

Edwin J. Mills, Esq.
STULL, STULL & BRODY
6 East 45th Street
New York, New York 10017

T: 212-687-7230
F: 212-490-2022

**Attorneys for Plaintiff William Woodward (07-cv-11207-UA)**

Bruce F. Rinaldi
COHEN MILSTEIN HAUSFELD & TOLL, PLLC (DC)
1100 New York Avenue, N.W.
Washington, DC 20005

T: 202-408-4600
F: 202-408-4699

**Attorneys for Plaintiff Francia Brick (07-cv-11369-UA)**

William R. Weinstein
Steven L/ Wittels
Jeremy Heisler
SANFORD WITTELS & HEISLER, LLP
950 Third Avenue, 10th Floor
New York, New York 10022

T: 646-723-2947
F: 646-723-2948